■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOAN KLINE, Appellant.—Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Vaughn, J.), rendered October 11, 1991, revoking a sentence of probation previously imposed by the same court upon a finding that she had violated a condition thereof, upon her admission, and imposing a sentence of imprisonment upon her

previous conviction of criminal possession of a forged instrument in the second degree, and offering a false instrument for filing (10 counts).

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.